# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BILLIE BURNSED,**

            **Plaintiff,**

**-vs-**                                                       **Case No. 6:11-cv-1820-Orl-37DAB**

**THE PANTRY, INC.,**

            **Defendant.**
_____

## ORDER AND NOTICE OF SETTLEMENT CONFERENCE

This cause came on for consideration upon the referral of this matter to the undersigned to conduct a settlement conference. Accordingly,

**TAKE NOTICE** that settlement conference will be held before the undersigned on **WEDNESDAY, August 1, 2012**, beginning at **9:30 A.M.**, in Courtroom #5D, United States Courthouse, 401 West Central Boulevard, Orlando, Florida 32801. The Court has reserved **four hours** for the settlement conference (no lunch break will be taken). Nevertheless, participants are required to attend the settlement conference until such time as excused by the Court.

It is **ORDERED** that all parties, corporate representatives, and any other required claims professionals (insurance adjuster, etc.) shall be present in person at the settlement conference with full authority to negotiate a settlement. A party or corporate representative having full authority to settle must be the final decision maker with respect to all issues presented by the case who has the legal

capacity to execute a binding settlement agreement on behalf of the party.[1] Nothing herein shall be deemed to require any party or party representative who appears at the conference in compliance with this order to enter into a settlement agreement. It is further **ORDERED** that at least ten days before the settlement conference, counsel shall file with the Court and serve on all parties a written notice identifying the person or persons who will be attending the conference as a party representative or as an insurance carrier respresentative, and confirming that those persons have full settlement authority.

It is further **ORDERED** that no later than five business days before the date of the settlement conference, counsel and unrepresented parties shall confer by telephone or in person in a good faith effort to resolve the case. To spare the Court unnecessary preparation, counsel who are successful in their efforts to resolve such matters by agreement shall so advise the Court jointly no later than one business day before the hearing.

It is further **ORDERED** that at least three business days before the settlement conference, each party shall cause to be delivered directly to the settlement judge a brief written summary of the facts and issues of the case. These summaries shall be treated as confidential communications and shall not be incorporated into the public records of this case.

Finally, it is **ORDERED** that counsel may bring into the courthouse for use at the hearing a laptop computer and cellular telephone, including smartphone devices. These electronic devices may be used only in the courtroom and adjacent caucus room, not in the public areas of the Courthouse. The electronic devices must be presented for inspection by Court personnel upon request. Counsel

---

[1]If a party to settlement conference is a public entity required to operate in compliance with chapter 286, Florida Statutes, that party shall be deemed to appear at a mediation conference by the physical presence of a representative with full authority to negotiate on behalf of the entity and to recommend settlement to the appropriate decision-making body of the entity.

must present a copy of this order to the court security guards to enter the courthouse with the electronic devices.

Failure to abide by the requirements of this Order, including failure to appear personally at the settlement conference, may result in sanctions, including dismissal or default. *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE