**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BILLIE BURNSED**,

      Plaintiff,

v.                                **Case No. 6:11-cv-1820-J-37DAB**

**THE PANTRY, INC.**,

      Defendant.
_____/

## ORDER DISMISSING CASE

This cause is before the Court *sua sponte*. The record shows that a Suggestion of Death was filed by the Plaintiff on October 1, 2012 (Doc 36) regarding the death of Plaintiff, Billie Burnsed, a copy of which was served via CM/ECF email on the Defendant. Pursuant to Fed. R. Civ. P. 25(1) a motion for substitution may be made by any party or the the decedent's successor or representative; if said motion is not made within 90 days after service of the statement, the action by or against the decedent must be dismissed. The required period of ninety (90) days has passed and nothing has been filed. Accordingly, it is:

**ORDERED** that the above-styled cause is hereby **DISMISSED WITH PREJUDICE**. The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Orlando, Florida, this 4th day of January, 2013.

ROY B. DALTON, JR.
United States District Judge

Copies:  Counsel of Record